UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Nos. 07-1466 & 07-1602

JOHN JOSEPH EDWARDS,
       Appellant in No.07-1602

v.

A. WESLEY WYATT,
       Appellant in No. 07-1466

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 01-cv-01333)
District Judge: Honorable Petrese B. Tucker

Argued November 20, 2008
Before: SMITH, HARDIMAN, and ROTH, *Circuit Judges.*

AMENDED JUDGMENT

  This cause came on to be heard on the record from the United States District Court for the Eastern District of Pennsylvania and was argued by counsel on November 20, 2008. On consideration whereof, it is now hereby

  ORDERED and ADJUDGED by this Court that the judgment of the United States District Court for the Eastern District of Pennsylvania entered January 16, 2007, be and the same is hereby VACATED and REMANDED. In accordance with the opinion of this court filed on June 8, 2009, Edwards is awarded $1,842,850 plus post-judgment interest on that amount calculated from the date of the District Court's finding of liability on October 13, 2006. No costs shall be taxed.

  The Clerk is directed to issue the mandate forthwith.

           ATTEST:

           <u>Marcia M. Waldron, Clerk</u>

Dated: July 2, 2009